People v Bonacci (2023 NY Slip Op 01420)

People v Bonacci

2023 NY Slip Op 01420

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ.

244 KA 19-01613

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAMES M. BONACCI, DEFENDANT-APPELLANT. 

ERIK TEIFKE, ACTING PUBLIC DEFENDER, ROCHESTER (SHIRLEY A. GORMAN OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered June 5, 2019. The judgment convicted defendant, upon a plea of guilty, of criminal possession of stolen property in the third degree, criminal possession of stolen property in the fourth degree, unauthorized use of a vehicle in the second degree, and criminal possession of stolen property in the fifth degree (two counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court